UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW PETTEY and <br> ANNEMARIE PETTEY, <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA UNIVERSITY, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:24-cv-00198-RLY-MJD <br> ) <br> ) <br> ) <br> ) |

**ORDER STRIKING DEFENDANTS' NOTICE OF ENLARGEMENT**

On April 1, 2024, Defendants filed a L.R. 6-1 Notice of Initial Enlargement of Time purporting to enlarge their April 3, 2024, deadline to respond to Plaintiff's Amended Complaint. [Dkt. 40.] The April 3, 2024 deadline to respond to the Amended Complaint was set by Court order on March 11, 2024 [Dkt. 34 at 10]; consequently, that deadline could not be enlarged by the agreement of the parties. Accordingly, the Court hereby **STRIKES** Defendants' Notice [Dkt. 40]. Defendant must respond to the Amended Complaint prior to the April 11, 2024 initial pretrial conference. [Dkt. 29.] However, the Court *sua sponte* enlarges Defendants' deadline to respond to Plaintiffs' First Amended Complaint to **April 9, 2024**. The Court also enlarges the deadline for the parties to file their proposed Case Management Plan [*see* Dkt. 29 at 1] to **April 9, 2024**. **No further enlargement of these deadlines will be granted.**

SO ORDERED.

Dated:  2 APR 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.