UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW PETTEY and ANNEMARIE PETTEY, <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA UNIVERSITY, <br> THE BOARD OF TRUSTEES OF INDIANA UNIVERSITY; <br> LIBBY SPOTTS, individually and as agent for Indiana University; <br> GRETCHEN HANDLOS, individually and as agent for Indiana University; <br> INDIANA UNIVERSITY POLICE DEPARTMENT; <br> WYATT CHAUDION, in his individual and official capacity; and <br> CHARLOTTE WATTS, in her individual and official capacity, <br><br> Defendants. | No. 1:24-cv-00198-RLY-MJD |

**FINAL JUDGMENT**

Consistent with the court's Entry on Defendants' Motion to Dismiss, the court enters final judgment in favor of Defendants and against Plaintiffs on Counts I-X, XIII and XIV of Plaintiffs' First Amended Complaint, and the court relinquishes jurisdiction over the state law claims asserted in Counts XI and XII of Plaintiffs' First Amended Complaint.

**SO ORDERED** this 6th day of December 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Dina M. Doyle_
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.