# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW PETTEY and ANNEMARIE PETTEY,<br><br>  Plaintiffs,<br><br>  v.<br><br>INDIANA UNIVERSITY; the BOARD OF TRUSTEES OF INDIANA UNIVERSITY; LIBBY SPOTTS, individually and as agent for Indiana University; GRETCHEN HANDLOS, individually and as agent for Indiana University; INDIANA UNIVERSITY POLICE DEPARTMENT; WYATT CHAUDION, in his individual and official capacity; CHARLOTTE WATTS, in her individual and official capacity,<br><br>  Defendants. | Case No. 24-cv-00198-RLY-MJD<br><br>District Judge Richard L. Young<br>Magistrate Judge Mark J. Dinsmore |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 4, Plaintiffs Matthew Pettey and Annemarie Pettey appeal to the United States Court of Appeals for the Seventh Circuit from the judgment entered in this action on December 6, 2024 (Dkt. 84).

| | |
|---|---|
| January 2, 2025 | Respectfully submitted,<br>MATTHEW PETTEY and<br>ANNEMARIE PETTEY<br><br>*/s/ Judith S. Sherwin* |

Judith S. Sherwin, Esq. (IL ARDC #2585529)
jsherwin@agdglaw.com
Alexandra R. Benigni, Esq. (IL ARDC #6335557)
abenigni@agdglaw.com
ARONBERG GOLDGEHN DAVIS & GARMISA
225 West Washington Street, Suite 2800
Chicago, Illinois 60606
312-828-9600

Jason Cleveland, Esq.
jason@clcattorneys.com
CLEVELAND LEHNER CASSIDY
1901 Broad Ripple Avenue
Indianapolis, Indiana 46220
317-202-1659

4918-5393-7675v2

## **CERTIFICATE OF SERVICE**

I certify that on the 2nd day of January, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties who have filed an appearance in this lawsuit by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                By:    */s/ Judith S. Sherwin*
                                                           Attorney for MATTHEW PETTEY and
                                                           ANNEMARIE PETTEY