UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW PETTEY and ANNEMARIE PETTEY, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | )   No. 1:24-cv-00198-RLY-MJD |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

### NOTICE OF RESOLUTION

Defendants notify the Court that with the assistance of the Seventh Circuit Mediator, the parties have reached a non-confidential settlement with mutual releases wherein Plaintiffs are dismissing their appeal, and payment of costs and some attorneys' fees will be made to Indiana University. The parties are finalizing the formal agreement, and dismissal of this action should be accomplished soon. Pending motions and conferences are now moot.

Respectfully submitted,

*/s/ John R. Maley*
John R. Maley
Amanda Jane Gallagher
Charity Seaborn
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:     (317) 236-1313
Facsimile:     (317) 231-7433
Email:         john.maley@btlaw.com
               amanda.gallagher@btlaw.com
               charity.seaborn@btlaw.com

*Counsel for Defendants*