UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW PETTEY, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:24-cv-00198-RLY-MJD |
| LIBBY SPOTTS, et al., | ) ) ) |
| Defendants. | ) |

**ORDER DIRECTING FILING OF DOCUMENTS AUTHORIZING DISMISSAL**

The Court has been advised by counsel that a resolution has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered deadlines, if any, are **VACATED**.

SO ORDERED.

Dated: 27 FEB 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.