**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| MATTHEW PETTEY and ANNEMARIE PETTEY, | |
| Plaintiffs, | |
| v. | Case No. 24-cv-00198-RLY-MJD |
| INDIANA UNIVERSITY; the BOARD OF TRUSTEES OF INDIANA UNIVERSITY; LIBBY SPOTTS, individually and as agent for Indiana University; GRETCHEN HANDLOS, individually and as agent for Indiana University; INDIANA UNIVERSITY POLICE DEPARTMENT; WYATT CHAUDION, in his individual and official capacity; CHARLOTTE WATTS, in her individual and official capacity, | District Judge Richard L. Young<br>Magistrate Judge Mark J. Dinsmore |
| Defendants. | |

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

It is hereby stipulated between Plaintiffs, Matthew Pettey and Annemarie Pettey, and Defendants, Indiana University, the Board of Trustees of Indiana University, Libby Spotts and Gretchen Handlos, both individually and as agents for Indiana University, Wyatt Chaudion in his individual and official capacity, and Charlotte Watts in her individual and official capacity, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Plaintiffs are paying Defendants' costs incurred in the District Court and a portion of Defendants' attorneys' fees as specified in the parties' separate settlement agreement.

Dated this 3rd day of April, 2025.

AGREED:

*/s/ Judith S. Sherwin*
Judith S. Sherwin, Esq. (IL ARDC #2585529)
jsherwin@agdglaw.com
Alexandra R. Benigni, Esq. (IL ARDC #6335557)
abenigni@agdglaw.com

ARONBERG GOLDGEHN DAVIS & GARMISA
225 West Washington Street, Suite 2800
Chicago, Illinois 60606
312-828-9600

Jason Cleveland, Esq.
jason@clcattorneys.com
CLEVELAND LEHNER CASSIDY
1901 Broad Ripple Avenue
Indianapolis, Indiana 46220
317-202-1659

*COUNSEL FOR PLAINTIFFS MATTHEW PETTEY AND ANNEMARIE PETTEY*

*/s/ John Maley, with consent*
Charity Seaborn, Esq.
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
charity.seaborn@btlaw.com

Amanda Jane Gallagher, Esq.
John R. Maley, Esq.
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
amanda.gallagher@btlaw.com
john.maley@btlaw.com

*COUNSEL FOR DEFENDANTS INDIANA UNIVERSITY, THE BOARD OF TRUSTEES OF INDIANA UNIVERSITY, LIBBY SPOTTS, GRETCHEN HANDLOS, INDIANA UNIVERSITY POLICE DEPARTMENT, WYATT CHAUDION AND CHARLOTTE WATTS*

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of April, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties who have filed an appearance in this lawsuit by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    */s/ Judith S. Sherwin*
       Attorney for MATTHEW PETTEY and ANNEMARIE PETTEY

2